# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2023-0149**
Ronald Wayne Kaefer, Jr. v. State of Alabama (Appeal from Chilton Circuit Court: CC-22-29).

## <u>NOTICE</u>

You are hereby notified that on July 12, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk